# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EVERETT COCHRAN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-2723 |
| § | |
| NATIONAL PROCESSING COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

The parties filed a joint motion to stay this action pending mediation. (Docket Entry No. 74). The motion is granted. The parties are ordered to report to the court the date of their mediation as soon as it is scheduled. The stay is in effect until September 29, 2010.

SIGNED on July 28, 2010, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge