IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVERETT COCHRAN, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-09-2723 |
| NATIONAL PROCESSING COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

On July 28, 2010, this court entered an order staying this case until September 29, 2010, to permit the parties to pursue mediation. (Docket Entry No. 76). The mediator notified this court that mediation was unsuccessful on August 25. (Docket Entry No. 77). The plaintiffs moved to lift the stay on September 7, because the statute of limitations continues to run. (Docket Entries No. 78, 79). The plaintiffs stated that the motion to lift the stay was unopposed. Finding no reason that the stay should remain, this court lifts the stay.

SIGNED on September 20, 2010, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge